

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00051-CV

Norma **GARZA**,
Appellant

v.

**SAN ANTONIO WATER SYSTEM**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-12912
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  September 25, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Norma Garza filed a motion to dismiss this appeal. We grant the motion. *See*

TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P.

42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM